Willie CHESTER, Petitioner–Appellant,

v.

UNITED STATES of America,
Respondent–Appellee.

No. 05–10017.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided July 26, 2005.

Willie Chester, Seagoville, TX, pro se.

Before GARWOOD, HIGGINBOTHAM,
and DAVIS, Circuit Judges.

PER CURIAM: *

Willie Chester, federal prisoner No. 56341–080, appeals the district court's denial of a 28 U.S.C. § 2241 petition challenging Chester's 1992 Western District of Texas convictions and sentences as a career criminal for possession of a firearm by a felon and for making false statements in connection with the acquisition of a firearm. The district court denied relief because it determined that Chester's claims sounded as an unauthorized second or successive 28 U.S.C. § 2255 motion and found that Chester had not made the showing necessary to seek 28 U.S.C. § 2241 relief by means of the savings clause of 28 U.S.C. § 2255. Because Chester does not challenge this determination by the district court, he has waived the only issue relevant to his appeal. *Yohey v. Collins,* 985 F.2d 222, 225 (5th Cir.1993).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5 the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.